888

No. 09–11559. POSTELL v. BANK OF CENTRAL FLORIDA ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 09–11560. KINNEY v. DEPARTMENT OF JUSTICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–11561. LINEKER v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 09–11562. LYONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11563. JOHNSON v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 09–11564. RONDONUWU v. HOLDER, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 09–11566. MCINNIS v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 09–11568. PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11569. INGRAM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11570. CRABBE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 09–11571. SPRAGUE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09–11573. ROBERTS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 09–11575. RODRIGUEZ SORIA v. CLARK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11576. ANDERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.